IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. CIVIL ACTION NO. 1:26-cv-109-HSO-BWR

THE REAL PROPERTY KNOWN AS
5507 CLERMONT BLVD., BAY ST. LOUIS,
MISSISSIPPI 39520 and ONE (1) SAMSUNG
GALAXY S24 FE IN BLACK CASE,
IMEI 353410931375822, MODEL SM-S721U1 DEFENDANT PROPERTY

## DEFAULT JUDGMENT OF FORFEITURE

Before this Court is Plaintiff United States of America's Motion [16] for Default Judgment of Forfeiture. Having considered the Motion and the relevant statutes and jurisprudence in this matter, this Court finds that the relief the United States seeks has merit and should be granted. This Court further finds and adjudicates as follows:

1. On April 13, 2026, the United States filed a *Verified Complaint for Forfeiture in Rem* [1], alleging that the following assets (the "Defendant Property"):

| ASSET ID | Property Description |
|---|---|
| 25-ICE-001352 | Real property located at 5507 Clermont Boulevard, Bay St. Louis, MS 39520 (Parcel No. 163Q-0-08-048.001), more particularly described as:<br><br>The following described Property situated in the County of Hancock state of Mississippi, to wit:<br><br>COMMENCING at the SW corner of Section 8, Township 9 South, Range 14 West, Hancock County, Mississippi; and thence North 604.25 feet to a point; thence East 1,351.99 feet to an iron pipe set for the point of beginning; thence North 00 degrees 30 minutes 32 seconds East 724.36 feet to an iron pipe at the NW corner of the SE-1/4 of the SW-1/4 of Section 8, Township 9 South, Range 14 West, Hancock County, Mississippi; thence North 89 |

| | |
|---|---|
| | degrees 35 minutes 26 seconds East along the North line of said SE-1/4 of the SW-1/4 389.59 feet to an iron stake on the Westerly right-of-way line of Clermont Boulevard; thence South 30 degrees 00 minutes 40 seconds East along said right-of-way 833.3 feet to an iron stake; thence South 89 degrees 35 minutes 26 seconds West 812.83 feet to the point of beginning. Containing 10.0 acres, more or less, and being part of the SE-1/4 of the SW-1/4 of Section 8, Township 9 South, Range 14 West, Hancock County, Mississippi. Less and except therefrom any prior conveyances. |
| 25-ICE-002006 | One (1) Samsung Galaxy S24 FE in black case, IMEI 353410931375822, Model SM-S721U1, seized from James J. Riviere, Jr. |

are subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 1955(d) because the Defendant Property facilitated, was involved in, or constitutes the proceeds of an illegal gambling business in violation of 18 U.S.C. § 1955 (gambling businesses).

2. On April 14, 2026, the United States recorded with the Chancery Clerk of Hancock County, Mississippi, at Book 2026, Pages 3-5, its *United States of America's Notice of Lis Pendens* on the real property portion (Asset ID No. 25-ICE-001352) of the Defendant Property.

3. On April 15, 2026, the Court issued a *Warrant of Arrest in Rem* [3] as to the personal property portion (Asset ID No. 25-ICE-002006) of the Defendant Property. This Warrant [3] was executed on April 20, 2026. *See* Executed Warrant of Arrest in Rem [4].

4. On April 21, 2026, the United States filed its *United States' Motion to Stay Case and Extend Notice and Publication of Civil Forfeiture Case* [5] as a result of the related, ongoing criminal prosecution, also before this Court, *United States of*

*America v. James Joseph Riviere, Jr.,* Case No. 1:25-cr-00101-HSO-RPM. On April 22, 2026, this Court entered its *Order Staying Case and Extending Time for Notice* [6], directing that this civil forfeiture action be stayed until the resolution of the related criminal prosecution.

5. On August 18, 2026, the United States filed its Motion to Lift Stay [7], advising the Court that the criminal prosecution, *United States of America v. James Joseph Riviere, Jr.,* Case No. 1:25-cr-00101-HSO-RPM, had been dismissed without prejudice as a result of the criminal Defendant, James Joseph Riviere, Jr.'s, death. Subsequently, this Court entered its *Order Lifting Stay* [8].

6. On August 25, 2026, the United States filed its *Notice of Complaint for Forfeiture* [9] (the "Notice"). Under Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States attempted to serve direct written notice of this civil asset forfeiture action, including copies of the Verified Complaint [1] and the Notice [9] on all known potentially interested parties. As set forth in the United States' Proof of Service [12], notice was served via FedEx on the following known potentially interested parties: Desiree L. Whitfield Riviere Strickler, Carrie Gaylene Riviere, Jacob Leo Riviere, and Zackary James Riviere. Notice via FedEx was attempted to be served on Kimberly Ann Gemelli, but was ultimately unsuccessful. *See* Proof of Service [12]. Notice was sent to Kimberly Ann Gemelli via U.S. mail. *See Id.*

7. Beginning on August 26, 2026, the United States published for thirty (30) consecutive days on an official government internet website at

www.forfeiture.gov notice of the instant case, as evidenced by the Proof of Publication [13].

8. On September 10, 2026, the United States filed its *Declaration of Compliance* [11], advising the Court that it had complied with the requirements of 18 U.S.C. § 985(c)(1)(B) by posting copies of the Verified Complaint [1] and the Notice [9] on the front door of the real property portion (Asset ID No. 25-ICE-001352) of the Defendant Property.

9. The aforementioned publication and direct notices informed The Estate of James Joseph Riviere, Jr.; any and all heirs of James Joseph Riviere, Jr.; Desiree L. Whitfield Riviere Strickler; Kimberly Ann Gemelli; Zackary James Riviere; Jacob Leo Riviere; Carrie Gaylene Riviere; and any and all persons or entities having or claiming an interest in the Defendant Property that the United States is pursuing forfeiture against the Defendant Property and that this instant civil forfeiture action was pending. The publication and direct notices also informed said persons and entities that they had thirty-five (35) days after being sent direct notice or sixty (60) days after the first date of the published notice to file a claim, and twenty-one (21) days thereafter to file an answer. Furthermore, the notices referred any such persons or entities to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, and the direct Notice warned that if this Supplemental Rule was not strictly followed, the Court could enter default judgment of forfeiture or summary judgment against any improperly claimed interest in the Defendant Property.

10. As of this date, no claims, answers, or appearances have been filed to assert an interest in the Defendant Property, or to otherwise defend against this instant civil forfeiture action, by The Estate of James Joseph Riviere, Jr.; any and all heirs of James Joseph Riviere, Jr.; Desiree L. Whitfield Riviere Strickler; Kimberly Ann Gemelli; Zackary James Riviere; Jacob Leo Riviere; Carrie Gaylene Riviere; or any other person or entity. Thus, the time pursuant to Supplemental Rule G for The Estate of James Joseph Riviere, Jr.; any and all heirs of James Joseph Riviere, Jr.; Desiree L. Whitfield Riviere Strickler; Kimberly Ann Gemelli; Zackary James Riviere; Jacob Leo Riviere; Carrie Gaylene Riviere; or any other person or entity to file a valid claim or answer in this action has lapsed.

11. As such, The Estate of James Joseph Riviere, Jr.; any and all heirs of James Joseph Riviere, Jr.; Desiree L. Whitfield Riviere Strickler; Kimberly Ann Gemelli; Zackary James Riviere; Jacob Leo Riviere; Carrie Gaylene Riviere; and all other possible claimants are in total default; the Clerk of Court's November 4, 2026, Entry of Default [15] was proper; and the United States is entitled to a default judgment of forfeiture against the full interests of The Estate of James Joseph Riviere, Jr.; any and all heirs of James Joseph Riviere, Jr.; Desiree L. Whitfield Riviere Strickler; Kimberly Ann Gemelli; Zackary James Riviere; Jacob Leo Riviere; Carrie Gaylene Riviere; and all other persons or entities in the Defendant Property, all without the necessity of further notice to The Estate of James Joseph Riviere, Jr.; any and all heirs of James Joseph Riviere, Jr.; Desiree L. Whitfield Riviere Strickler;

Kimberly Ann Gemelli; Zackary James Riviere; Jacob Leo Riviere; Carrie Gaylene Riviere; or any other person or entity.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT:

a. The United States of America is hereby given a default judgment of forfeiture against the full interests of The Estate of James Joseph Riviere, Jr.; any and all heirs of James Joseph Riviere, Jr.; Desiree L. Whitfield Riviere Strickler; Kimberly Ann Gemelli; Zackary James Riviere; Jacob Leo Riviere; Carrie Gaylene Riviere; and all other persons and entities in the Defendant Property, forfeiting to the United States any interest such individuals and/or entities may have in the Defendant Property described below:

| **ASSET ID** | **Property Description** |
|---|---|
| 25-ICE-001352 | Real property located at 5507 Clermont Boulevard, Bay St. Louis, MS 39520 (Parcel No. 163Q-0-08-048.001), more particularly described as:<br><br>The following described Property situated in the County of Hancock state of Mississippi, to wit:<br><br>COMMENCING at the SW corner of Section 8, Township 9 South, Range 14 West, Hancock County, Mississippi; and thence North 604.25 feet to a point; thence East 1,351.99 feet to an iron pipe set for the point of beginning; thence North 00 degrees 30 minutes 32 seconds East 724.36 feet to an iron pipe at the NW corner of the SE-1/4 of the SW-1/4 of Section 8, Township 9 South, Range 14 West, Hancock County, Mississippi; thence North 89 degrees 35 minutes 26 seconds East along the North line of said SE-1/4 of the SW-1/4 389.59 feet to an iron stake on the Westerly right-of-way line of Clermont Boulevard; thence South 30 degrees 00 minutes 40 seconds East along said right-of-way 833.3 feet to an iron stake; thence South 89 degrees 35 minutes 26 seconds West 812.83 feet to the point of beginning. Containing 10.0 acres, more or less, and being part of the SE-1/4 of the SW-1/4 of Section |

| | |
|---|---|
| | 8, Township 9 South, Range 14 West, Hancock County, Mississippi. Less and except therefrom any prior conveyances. |
| 25-ICE-002006 | One (1) Samsung Galaxy S24 FE in black case, IMEI 353410931375822, Model SM-S721U1, seized from James J. Riviere, Jr. |

b. Any administrative claims or interests therein of The Estate of James Joseph Riviere, Jr.; any and all heirs of James Joseph Riviere, Jr.; Desiree L. Whitfield Riviere Strickler; Kimberly Ann Gemelli; Zackary James Riviere; Jacob Leo Riviere; Carrie Gaylene Riviere; and all other persons and entities in the Defendant Property are hereby canceled.

c. The Defendant Property is referred to the custody of Department of Homeland Security and/or the United States Marshals Service for disposition in accordance with the relevant law and regulations.

SO ORDERED AND ADJUDGED, this 5th day of November 2026.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE